UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIGNEO USA, LLC, a Florida Limited Liability Company, SIGNEO LIMITED, a Cayman Islands Company, and SIGNEO INTERNATIONAL LTD., a Hong Kong Limited Liability Company,<br><br>          Plaintiffs,<br>     v.<br><br>SOL REPUBLIC, INC., a Delaware corporation,<br><br>          Defendant. | Case No.: 11-6370-PSG<br><br>**ORDER REGARDING MID-DEPOSITION DISPUTE**<br><br>**(Re: Docket No. 26)** |

On March 29, 2012, the parties contacted the court regarding a dispute that had arisen during the deposition of defendant's corporate officers, Kevin Lee and Scott Hix. Based on the arguments presented during a telephonic hearing,

IT IS HEREBY ORDERED that plaintiff's request to inquire into matters set forth in emails attached to Lee and Hix's declarations in support of defendant's opposition to plaintiff's motion for preliminary injunction is denied. Although plaintiff's questions are relevant under Fed. R. Civ. P. 26 and generally not objectionable, the court's order of March 6, 2012 set strict limitations on the issues that would be subject to expedited discovery.[1] Those matters that fall

---

[1] Docket No. 24 (granting limited expedited discovery prior to a further hearing on the preliminary injunction motion).

1

Case No.: 11-6370 PSG
ORDER

outside the scope of the order granting limited, expedited discovery may be inquired into during the course of regular discovery following the parties' Rule 26(f) conference and initial case management conference.

IT IS SO ORDERED.

Dated: 3/30/2012

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-6370 PSG
ORDER