UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIGNEO USA, LLC, a Florida Limited Liability Company, SIGNEO LIMITED, a Cayman Islands Company, and SIGNEO INTERNATIONAL LTD., a Hong Kong Limited Liability Company,<br><br>                Plaintiffs,<br>   v.<br>SOL REPUBLIC, INC., a Delaware corporation,<br><br>                Defendant. | Case No.: 11-6370-PSG<br><br>**ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER**<br><br>**(Re: Docket No. 25)** |

On March 27, 2012, the parties submitted a stipulated protective order. The court directs the parties to use one of the court's model forms of protective order. To the extent the parties wish to propose any deviation from the model form, they may do so by redline.

IT IS HEREBY ORDERED that no later than April 13, 2012, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model stipulated protective order for standard litigation.

IT IS SO ORDERED.

Dated: 4/4/2012

                                            PAUL S. GREWAL
                                            United States Magistrate Judge